**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01405-CV

### GWENDOLYN (DILWORTH) BYARS, Appellant

### V.

### OTHO D. DILWORTH III, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-04374-D**

## ORDER

We **GRANT** appellant's March 24, 2015 motion to extend time to file amended brief and

**ORDER** the brief be filed no later than April 27, 2015.  Appellant is cautioned again that failure

to file an amended brief may result in dismissal of the appeal without further notice.  *See* TEX. R.

APP. P. 38.8(a)(1), 42.3(b),(c).

        /s/     CRAIG STODDART
                JUSTICE